SCHWEGMANN BROTHERS GIANT SUPER MAR-
KETS *v.* McCRORY, COMMISSIONER OF
AGRICULTURE AND IMMIGRATION
OF LOUISIANA, ET AL.

No. 423.   Decided November 23, 1959.

*Saul Stone* and *Paul O. H. Pigman* for appellant.

*Jack P. F. Gremillion,* Attorney General of Louisiana,
*George M. Ponder,* First Assistant Attorney General, and
*N. Cleburn Dalton,* Special Assistant Attorney General,
for McCrory, and *Frank H. Peterman,* for Blu-Ribon
Dairies, Inc., et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is
dismissed for want of a substantial federal question.